# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

William A. Schmidt,

Case No. Civil 01-1519 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Charles Wayne Troutman, dba
Matrix Jewelers at Nimbus

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

This case be dismissed for lack of prosecution.

DATE: January 14, 2002

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

4